IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY WOMACK,

        Plaintiff,                    No. CIV S-11-1030 EFB P

    vs.

TIM V. VIRGA,

        Defendant.               ORDER

_____/

      Plaintiff is a prisoner confined at California State Prison, Sacramento. In the action he seeks to commence, he is without counsel. It appears that he intends to seek relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On April 18, 2011, he filed a motion for a preliminary injunction. Plaintiff has not paid the filing fee or sought leave to proceed *in forma pauperis*. Neither has he filed a complaint or other documents that this court requires in order to issue a preliminary injunction. *See* E. D. Local Rule 231(c).

      To proceed with a civil action, a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a)(1). Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund

1

1  account statement (or institutional equivalent) for the prisoner for the 6-month period
2  immediately preceding the filing of the complaint . . . , obtained from the appropriate official of
3  each prison at which the prisoner is or was confined." In order to proceed, plaintiff must either
4  pay the filing fee or comply with the *in forma pauperis* statute.

5      Furthermore, a complaint is necessary for the commencement of a civil action. Fed. R.
6  Civ. P. 3. Any complaint must contain "a short and plain statement of plaintiff's claim showing
7  that he is entitled to relief." Fed. R. Civ. P. 8. Plaintiff may draft his claims on the form
8  complaint used by this court.

9      In addition to the materials listed above, a prisoner moving for a preliminary injunction
10 order must, at a minimum, file a brief on the legal issues presented in the motion and an affidavit
11 detailing the notice, or efforts to effect notice, to the affected parties or their counsel. E. D.
12 Local Rule 231(c). In the alternative, he make a showing good cause why notice should not be
13 given. *Id.*

14     Accordingly, it hereby is ORDERED that:

15     1. Within 15 days of the date this order is served, plaintiff shall submit the required
16 documents listed above. In lieu of submitting a complete application to proceed *in forma*
17 *pauperis*, plaintiff may pay the $350 filing fee. Failure to comply with this order will result in a
18 recommendation that plaintiff's motion for a preliminary injunction be denied and the Clerk be
19 directed to close this case.

20     2. The Clerk of the Court shall send to plaintiff the form complaint and application for
21 leave to proceed *in forma pauperis* used in this court.

22 DATED: April 25, 2011.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE