IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY WOMACK.

      Plaintiff,                    No. CIV S-11-1030 MCE EFB P

     vs.

TIM VIRGA, et al.,

      Defendants.              <u>ORDER</u>

                                 /

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed a "motion to compel discovery," which the court construes as requests for discovery, and a motion for an extension of time to file a reply brief in support of his motion for injunctive relief.

     Good cause appearing, it is ORDERED that:

     1. Defendants shall respond to plaintiff's discovery requests within 30 days of the date of this order.

     2. Plaintiff's request for an extension of time to file a reply brief is granted. Plaintiff is granted 45 days from the date of this order to file his brief.

////

////

3. The Clerk is directed to terminate docket entries 28 and 29.

So ordered.

DATED: August 22, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE