IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RODNEY WOMACK,** | Case No. 2:11-cv-01030 MCE EFB |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| **TIM V. VIRGA, et al.,** | |
| Defendants. | |

Defendants' request for an order permitting the filing of documents under seal, good cause appearing, is granted.

IT IS ORDERED that the Clerk shall file the Declaration of L. Sullivan, along with attached exhibits A-P, under seal.

DATE: November 4, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE